IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:24-cv-00829

| | |
|---|---|
| CORDARYL ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF REMOVAL** |
| OFFICER J. DUGGINS, ) | |
| DETECTIVE RICK SMITH, and ) | |
| CHARLOTTE-MECKLENBURG POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Please take notice that Defendants, by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, are respectfully removing this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, to the United States District Court for the Western District of North Carolina on the following grounds:

1. On August 14, 2024, Plaintiff initiated this civil action by filing his Complaint in the Mecklenburg County Superior Court (*Cordaryl Robinson v. Officer J. Duggins, Detective Rick Smith, and Charlotte-Mecklenburg Police Department,* Civil Action No. 24-CV037547-590).

2. Although Plaintiff did not properly serve process on Defendants, Defendants' attorneys became aware of the Complaint on or about August 15, 2024. Attached as **Exhibit A** are all processes, pleadings, and other documents received by the undersigned counsel on August 15, 2024, pursuant to 28 U.S.C. § 1446(a).

3. This Notice is being timely filed within thirty (30) days of the receipt of the initial Summons and Complaint, as required by 28 U.S.C. § 1446(b).

4. Plaintiff's Complaint includes claims against Defendants pursuant to 42 U.S.C. § 1983 for the alleged deprivation of Plaintiff's constitutional rights in addition to state law tort claims.

5. Plaintiff's allegations and claims under § 1983 are of a civil nature and raise federal questions for which the United States District Court for the Western District of North Carolina has original jurisdiction; therefore, these claims are subject to removal pursuant to 28 U.S.C. § 1331.

6. This Court has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367.

7. Removal is proper under 28 U.S.C. § 1446.

8. In removing this action, Defendants do not waive any defenses that may be available to them, including without limitation that 1) this Court lacks personal jurisdiction over Defendants Officer J. Duggings ("Duggins") and Detective Rick Smith ("Smith") (Fed. R. Civ. P. 12(b)(2)); 2) Plaintiff failed to sufficiently serve Defendants Duggins and Smith with a copy of the Complaint and Summons in this action pursuant to Rule 4 of the North Carolina Rules of Civil Procedure (Fed. R. Civ. P. 12(b)(5)); and 3) Plaintiff failed to assert a claim against the Charlotte-Mecklenburg Police Department ("CMPD") for which relief could be granted because CMPD is not a legal entity capable of being sued (Fed. R. Civ. P. 12(b)(6)).

9. A copy of this Notice of Removal will be filed with the Clerk of Court for the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, and thereafter served upon Plaintiff pursuant to 28 U.S.C. § 1446(d).

Wherefore, Defendants, by and through the undersigned counsel, remove this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County to the United States District Court for the Western District of North Carolina.

This 13th day of September 2024.

**OFFICE OF THE CITY ATTORNEY**

s/ Roger A. McCalman
Roger A. McCalman (N.C. Bar. No. 46243)
Roger.McCalman@charlottenc.gov
600 East 4th St.
Charlotte, NC 28202
Telephone: (980) 279-9922

s/Isaac Sturgill
Isaac Sturgill (N.C. Bar. No. 44837)
Isaac.Sturgill@charlottenc.gov
600 East 4th St.
Charlotte, North Carolina 28202
Telephone: (980) 417-3057

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned certifies he served a copy of the foregoing Notice of Removal on Plaintiff this day by first class mail to the following address:

Cordaryl Robinson
12203 Wickson Ct.
Huntersville, NC 28078

This 13th day of September 2024.

**OFFICE OF THE CITY ATTORNEY**

s/ Isaac Sturgill
Isaac Sturgill (N.C. Bar. No. 44837)
Isaac.Sturgill@charlottenc.gov
600 East 4th St.
Charlotte, North Carolina 28202
Telephone: (980) 417-3057

*Counsel for Defendants*