IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-829-FDW-DCK

| CORDARYL ROBINSON, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| CHARLOTTE MECKLENBURG POLICE DEPARTMENT, J. DUGGINS, and RICK SMITH, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion Request for Voluntary Discovery" (Document No. 8) filed October 15, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

By the instant motion, Plaintiff, who is appearing without counsel, "requests voluntary discovery from the prosecution in this case." (Document No. 8, p. 1). Presumably, Plaintiff is seeking discovery from Defendants. If "the State fails or refuses to provide the requested voluntary discovery herein," Plaintiff requests "that the Court treat this voluntary discovery request as a motion for the Court to issue an Order compelling" the requested discovery. (Document No. 8, p. 6).

The undersigned notes that the Local Rules of this Court provide that "[t]he parties may engage in consensual discovery at any time. However, Court-enforceable discovery does not commence until the issues have joined and a Scheduling Order has been entered." LCvR 16.1(f);

see also LCvR 16.1(d).  As such, the undersigned will respectfully decline to compel any discovery at this early stage of this litigation.  The parties are welcome to engage in consensual discovery.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion Request for Voluntary Discovery" (Document No. 8) is **DENIED**.

**SO ORDERED**.

Signed: October 15, 2024

David C. Keesler
United States Magistrate Judge