Hand-Delivered

FILED
CHARLOTTE, NC

FEB 24 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF NORTH CAROLINA
<u>CHARLOTTE DIVISION</u>

| | | |
|---|---|---|
| **CORDARYL ROBINSON,** pro se | ) | **Case No.** ____3:24-cv-829____ |
| **Plaintiff,** | ) | |
| | ) | |
| -v- | ) | |
| | ) | **PLAINTIFFS MOTION FOR** |
| **OFFICER JOHN. DUGGINS UNIT** | ) | **ENTRY OF FINAL JUDGEMENT** |
| **POL METRO DIVISION,** | ) | **Fed. R. Civ. P. 58** |
| **DETECTIVE RICK SMITH UNIT** | ) | |
| **CRIME STOPPERS COORDINATOR,** | ) | |
| **(Entity) THE CITY OF CHARLOTTE,** | ) | |
| **(The City Attorney Office)** | ) | |
| **s/Isaac Sturgill** | ) | |
| **(N.C.Bar. No 44837)** | ) | |
| **Defendants,** | ) | |

## I.       <u>ENTRY OF FINAL JUDGMENT ORDER</u>

1. Pursuant to Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Plaintiff and against Defendants as set forth below. This document constitutes a separate document for purposes of Rule 58(a);

2. This matter comes before the Court on Plaintiff's Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The Clerk of Court previously entered default against all Defendants pursuant to Rule 55(a) after Defendants failed to plead or otherwise defend within the time required by Rule 12(a).

3. Having reviewed the record, Plaintiff's sworn Affidavit of Damages, and the applicable law, the Court hereby enters FINAL JUDGMENT as follows:

## II.       <u>JURISDICTION AND PROPER VENUE</u>

4. This action arises under the Constitution and laws of the United States, including **42 U.S.C. § 1983.**

5. The Court has subject matter jurisdiction pursuant to **28 U.S.C. §§ 1331 and 1343.**

6. The Court has supplemental jurisdiction over Plaintiff's North Carolina state law claims pursuant to **28 U.S.C. § 1367.**

7. Venue is proper in this District pursuant to **28 U.S.C. § 1391(b).**          (Pages 1 of 4)

8. This action was originally filed in North Carolina state court and was properly removed to this Court by Defendants. **Section 1404(a) of Title 28**

## II. <u>PROCEDURAL HISTORY</u>

9. Defendants were properly served with the Summons and Complaint in accordance with **Federal Rule of Civil Procedure 4 and N.C. Gen. Stat. § 1-75.10.**

10. Defendants failed to plead or otherwise defend within the time required by **Federal Rule of Civil Procedure 12(a) and N.C. Gen. Stat. § 1-75.11.**

11. The Clerk of Court entered Default against all Defendants pursuant to **Rule 55(a).**

12. **By virtue of default, all well-pleaded factual allegations of the Complaint are deemed admitted.**

## III. <u>FINDINGS OF LIABILITY</u>

13. By operation of default, the Court finds that:

- Defendants acted under color of state law;
- Plaintiff was subjected to an unlawful seizure in violation of the Fourth Amendment;
- Plaintiff was deprived of liberty without due process in violation of the Fourteenth Amendment;
- There was an absence of probable cause;
- Defendants omitted material exculpatory information;
- Plaintiff was publicly identified as a criminal suspect;
- Plaintiff was unlawfully incarcerated;
- All charges against Plaintiff were dismissed and expunged;
- Defendants' conduct directly caused Plaintiff substantial injury and damages.

14. Defendants are therefore liable under **42 U.S.C. § 1983** and applicable North Carolina law.

## IV. <u>COMPENSATORY DAMAGES</u>

Plaintiff has submitted a **Sworn Affidavit** establishing damages with reasonable certainty. The Court finds the requested compensatory damages supported by the record and awards:

- Loss of employment and income: $350,000
- Emotional distress and harm to personal relationships: $300,000
- Reputational harm: $200,000
- Severe financial consequences, including medical and PTSD treatment: $250,000
- Pain and suffering: $400,000

**(Total Compensatory Damages: $1,500,000)**

## V.           **PUNITIVE DAMAGES**

Pursuant to **N.C. Gen. Stat. § 1D-35** and governing federal law, punitive damages are assessed solely against the individual Defendants and not against the City of Charlotte.
The Court finds that the conduct of the individual Defendants warrants punitive damages to punish and deter similar misconduct. Punitive damages are awarded as follows:

- Officer John Duggins: $1,000,000
- Detective Rick Smith: $1,000,000

**Total Punitive Damages: $2,000,000**

## VI.           **COSTS AND FEES**

Plaintiff, proceeding pro se, is awarded taxable costs pursuant to Federal Rule of Civil Procedure 54(d). Plaintiff is further awarded costs and reasonable fees as authorized under 42 U.S.C. § 1988, upon proper submission.

## VII.           **TOTAL JUDGMENT**

Judgment is hereby entered in favor of Plaintiff and against Defendants as follows:

- Compensatory Damages: $1,500,000
- Punitive Damages (Officer John Duggins, & Detective Rick Smith) individual Defendants only): $2,000,000

**Total Monetary Judgment: $3,500,000**
Treble or statutory damages shall apply where authorized by law.

## VIII.           **ORDER**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Default Judgment is converted into FINAL JUDGMENT in favor of Plaintiff against all Defendants.
2. Plaintiff shall recover the total sum of $3,500,000 as set forth above.
3. Plaintiff is awarded costs pursuant to **Rule 54(d).**
4. **Plaintiff is entitled to relief as provided under 42 U.S.C. § 1988 and applicable North Carolina General Statutes, including §§ 1D-1, 1D-5, 75-16, and 14-43.18, where applicable.**
5. **This constitutes a final, appealable judgment, and the Clerk is directed to close the case.**

(Pages 3 of 4)

**Date:** ___ **02/24/2026** _____

**Plaintiff(s) Signature** _____

**Plaintiff(s) Printed name CORDARYL ROBINSON**

**Signed:** _____
**United States Western District Judge of North Carolina**

**Date:** _____
**Courts**

**CLERK'S ENTRY OF JUDGMENT**
Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Judgment is hereby entered in accordance with the Court's Order.

**Date:** _____
**Clerk**

**By:** _____
**Deputy Clerk**