**Hand-Delivered**

FILED
CHARLOTTE, NC

APR 0 2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF NORTH CAROLINA
<u>CHARLOTTE DIVISION</u>

|  |  |  |
|---|---|---|
| **CORDARYL ROBINSON,** pro se | ) | Case No. ____3:24-cv-829____ |
| **Plaintiff,** | ) |  |
|  | ) |  |
| -v- | ) |  |
|  | ) | **MOTION TO WAIVE FEE FOR** |
| **OFFICER JOHN. DUGGINS UNIT** | ) | **CERTIFIED COPY OF FINAL JUDGEMENT** |
| **POL METRO DIVISION,** | ) |  |
| **DETECTIVE RICK SMITH UNIT** | ) |  |
| **CRIME STOPPERS COORDINATOR,** | ) |  |
| **(Entity) THE CITY OF CHARLOTTE,** | ) |  |
| **(The City Attorney Office)** | ) |  |
| **s/Isaac Sturgill** | ) |  |
| **(N.C.Bar. No 44837)** | ) |  |
| **Defendants,** | ) |  |

## <u>MOTION FOR CERTIFIED COPY OF FINAL JUDGMENT</u>

1. Plaintiff, proceeding pro se, respectfully moves this Court for an Order waiving the Clerk's certification fee for issuance of a certified copy of the Final Judgment entered on **February 24,2026**.
2. In support of this Motion, Plaintiff states as follows:

- Plaintiff is indigent and lacks the financial ability to pay the certification fee.
- Plaintiff was previously granted leave to proceed in **"forma pauperis"** in this action by Order dated __8/14/2024 has limited income and assets insufficient to pay additional court costs].

3. The certified copy is required for purposes of recording and enforcement pursuant to **28 U.S.C. § 1962 and Rule 69(a)** of the Federal Rules of Civil Procedure.

4. Requiring prepayment of the certification fee would impose an undue hardship and impair Plaintiff's ability to enforce the Court's Judgment.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter an Order waiving the certification fee and directing the Clerk to issue the certified copy without prepayment of costs.

**Respectfully submitted this __02__ day of __April____, 2026**

**Plaintiff(s) Signature**_____

**Plaintiff(s) Printed name <u>CORDARYL ROBINSON</u>**　　　　　　　(pages 1 of 1)